# EXHIBIT B

# Smith Privacy Policy

*This Privacy Policy is effective as of September 11, 2012.*

GoSmith, Inc. ("Smith", "we" or "us") provides this Privacy Policy to inform users of our policies and procedures regarding the collection, use and disclosure of personally identifiable information received or collected from users of this website, located at www.gosmith.com ("Website"), email, SMS, telephone, WAP, Mobile Application, Mobile Device or other electronic means (collectively referred to as the "Applications"). This Privacy Policy may be updated from time to time for any reason; each version will apply to information collected while it was in place. We will notify you of any material changes to our Privacy Policy by posting the new Privacy Policy on our Website. You are advised to consult this Privacy Policy regularly for any changes. By using or accessing the Applications you are accepting the practices described in this Privacy Policy.

By using our Applications you are consenting to our processing of your information as set forth in this Privacy Policy now and as amended by us. "Processing" means using cookies on a computer or using or touching information in any way, including, but not limited to, collecting, storing, deleting, using, combining and disclosing information, all of which activities will take place in the United States. If you reside outside the U.S., your personally identifiable information will be transferred to the U.S., and processed and stored there under U.S. privacy standards. By visiting our Applications and providing information to us, you consent to such transfer to, and processing in, the U.S.

If you have any questions or comments about this Privacy Policy or our use of your personally identifiable information, please contact us at hello@gosmith.com.

## Information Collection and Use

**Information Collected Upon Visiting.** When you visit the Applications, our servers automatically record information that your browser sends whenever you visit a website ("Log Data"). This Log Data may include information such as your IP address, browser type or the domain from which you are visiting, the web-pages you visit, the search terms you use, and any advertisements or links on which you click. For most users accessing the Internet from an Internet service provider the IP address will be different every time you log on. We use Log Data to monitor the use of the Applications and of our Service, and for the Applications's technical administration.

**Information Collected Upon Registration.** If you desire to have access to certain restricted sections of the Applications, you will be required to become a registered user, and to submit certain personally identifiable information to Smith. This happens in a number of instances, such as when you sign up for the Smith service, if you desire to receive marketing materials and information, if you submit a Service Request, and/or if you create a Skill Profile to offer services through Smith. Personally identifiable information that we may collect in such instances may include your full name, password, email address, street address, time zone, telephone number, mobile phone number for text messages, photographs you upload, and other information that you decide to provide us with, or that you decide to include in your public profile. If you register as a Service Provider, create a Skill Profile, and/or Quote on a Service Request, we may request and store your credit card number and other personally identifiable information.

**Business Information.** If you create a Skill Profile, you have the opportunity to provide additional information ("Business Information") such as your business name, logo or avatar, credentials and qualifications, year of business establishment, as well as links to your personal web site, if you have one. You may also upload a photograph portfolio of your previous work. We may supplement or modify the Business Information to conform to our editorial policies or to add information from your website, materials that you supply to us, or publicly available sources. When you respond to a Consumer's Service Request, all of the Business Information is displayed to the Consumer making such Service Request. Providing additional information beyond what is required at registration is entirely optional, but may enable you market your services more effectively and potentially win more jobs on the Applications.

If you provide a mobile phone number, you will receive notifications on your mobile phone in a number of cases, such as when Smith updates you on a new job offer or service request, or a status change of an existing job or service request. You may sign up for notifications and modify your notification preferences to better control when Smith sends you email or SMS notifications.

If you contact us by email through the Applications, we may keep a record of your contact information and correspondence, and use such information to respond to your inquiry.

**Survey.** We may also collect information if you participate in surveys conducted by or on behalf of us or our partner companies, including but not limited to questionnaires, telephone interview and/or discussion groups, and otherwise providing general information about the Smith service.

**Anonymous Data.** We may create Anonymous Data records from information collected from you (such as information contained in a Service Request) by excluding information (such as your name) that make the data personally identifiable to you. "Anonymous Data" means data that is not associated with or linked to your personal information; Anonymous Data does not permit the identification of individual persons. We reserve the right to use and disclose Anonymous Data to third parties in our discretion.

## Use of Contact Information.

In general, we may use information that we collect about you to:

- deliver the products and services that you have requested;
- manage your account and provide you with customer support;
- perform research and analysis about your use of, or interest in, our products, services, or content, or products, services or content offered by others;
- communicate with you by e-mail, postal mail, telephone and/or mobile devices or send newsletters about products or services that may be of interest to you;
- communicate with you with regard to partially completed service requests or job offers;
- develop and display content and advertising tailored to your interests on our site and other sites;
- create Anonymous Data records from such information;
- verify your eligibility and deliver prizes in connection with contests and sweepstakes;
- enforce our terms and conditions;
- manage our business; and
- perform functions as otherwise described to you at the time of collection.

In addition, we may use your contact information to market to you, and provide you with information about, our products and services, including but not limited to our service. If you decide at any time that you no longer wish to receive such information or communications from us, please follow the unsubscribe instructions provided in any of the communications.

## Cookies

Like many websites, we also use "cookie" technology to collect additional website usage data and to improve the Applications and our service. A cookie is a small data file that we transfer to your computer's hard disk. We do not use cookies to collect personally identifiable information. When you visit Smith, we send one or more cookies - small file containing a string of characters - to your computer or other device that uniquely identifies your browser. Smith may use cookies to better understand how you interact with the Website and our Service, to monitor aggregate usage by our users and web traffic routing on the Website, and to improve the Website and our services. Most Internet browsers automatically accept cookies. You can instruct your browser, by editing its options, to stop accepting cookies or to prompt you before accepting a cookie from the websites you visit.

If you would like to opt-out of analytics tracking, please [click here](#) to download and install the add-on for your web browser.

## Information Sharing and Disclosure

We want you to understand when and with whom we may share personal or other information we have collected about you or your activities on our web site or while using our services. We do not share your personal information with others except as indicated below or when we inform you and give you an opportunity to opt out of having your personal information shared. Under no circumstances, other than in the event of a Business Transfer (as discussed below) will Smith sell, rent or lease its Consumer lists (or the Consumer list of any individual Service Provider) to a third party.

Circumstance under which we may share your personal information:

**To Provide Information to Service Providers.** We may share your personal information with Service Providers registered with Smith that perform certain services on behalf of Consumers. Sharing this information with Service Providers allows them to provide an accurate Quote on the service you're requesting. The information we share is generally the information contained in the Service Request form, including the username (and first name of the Consumer when we have it), the type of service needed, when and where the service should be performed, a description of the service needed, and any photographs pertaining to the Service Request. When you accept a price quote from a Service Provider, additional information will be shared, including personally identifiable information such as the your real name, phone number, email address, and street address of the job location.

**To Provide Information to Consumers.** If you are a registered Service Provider, we may share your personal information with Consumers requesting services through Smith. Sharing this information with Consumers helps them to assess Service Provider quality and select the Service Provider to perform the service they need done. The information we share is generally the information in your Skill Profile, with the exception of your address, contact phone number, mobile phone number, and email address. In addition, we share the Quote you submitted on the

Service Request and any additional information you choose to provide to the Consumer such as appointment start times, private notes, and questions about the Service Request. If you Quote on a job and your Quote is selected by the Consumer, Smith will then, and only then, share your address, contact phone number, and email address with the Consumer in order to facilitate communication about the scheduled job.

**To Provide Information to Partner Companies.** We may enter into agreements with one or more partner companies pursuant to which we provide a partner company with a URL and a user registration page co-branded with, or private labeled by, the partner company, and the partner company distributes and promotes the URL to its customers. A partner company may want to access personally identifiable information that we collect from its customers. As a result, if you register on our Website or other Application through a partner company, or if you are directed to or access our Website or Application or their features (such as but not limited to an embedded widget) through a partner company, we may provide your personally identifiable information to the partner company. Because we do not control the privacy practices of our partner company, you should read and understand its privacy policies.

**To Facilitate Smith's Use of Third-Party Services.** We engage certain trusted third parties to perform functions and provide services to us, including, without limitation, hosting and maintenance, customer relationship, database storage and management, direct marketing campaigns and User credit card information storage. We will share your personally identifiable information with these third parties, but only to the extent necessary to perform these functions and provide such services, and only pursuant to binding contractual obligations requiring such third parties to maintain the privacy and security of your data.

**To Comply with Laws and Law Enforcement.** Smith cooperates with government and law enforcement officials or private parties to enforce and comply with the law. We may disclose any information about you to government or law enforcement officials or private parties as we, in our sole discretion, believe necessary or appropriate to respond to claims, legal process (including subpoenas), to protect the property and rights of Smith or a third party, the safety of the public or any person, to prevent or stop any illegal, unethical, or legally actionable activity, or to comply with the law.

**In Connection with Business Transfers.** Smith may sell, transfer or otherwise share some or all of its assets, including your personally identifiable information, in connection with a merger, acquisition, reorganization or sale of assets or in the event of bankruptcy. You will have the opportunity to opt out of any such transfer if the new entity's planned processing of your information differs materially from that set forth in this Privacy Policy.

**To Provide Information to Smith Affiliates.** We may share your personal information with a company controlled by, or under common control with, Smith for any purpose permitted by this Privacy Policy.

**To Solicit or Provide Advice on Service Provider Selection.** Smith, with your explicit opt-in, may publish a message to your Facebook Wall notifying your friends of your use of the Website or other Application and soliciting their advice on which service provider to select for your job. In addition, with your explicit opt-in, Smith may publish a message to your Facebook Wall if you provide input, recommendations, or advice on another s service provider selection.

## Changing or Deleting Information

If you are a registered user of the an Application, you may access and update or correct the information you provided to us by updating your settings in My Account and /or your Skill Profile in Manage Profiles. If you wish to delete your account, you must email hello@gosmith.com with your request, which will be acted upon within 21 days.

### Security

Smith is very concerned about safeguarding the confidentiality of your personally identifiable information. We employ administrative, physical and electronic measures designed to protect your information from unauthorized access. However, we cannot guarantee that hackers or unauthorized personnel will not gain access to your personal information despite our efforts. You should note that in using the Website or other Application, your information will travel through third party infrastructures which are not under our control.

### Links to Other Websites

Our Applications contains links to other websites. The fact that we link to a website is not an endorsement, authorization or representation of our affiliation with that third party. We do not exercise control over third party websites. These other websites may place their own cookies or other files on your computer, collect data or solicit personally identifiable information from you. Other sites follow different rules regarding the use or disclosure of the personally identifiable information you submit to them. We encourage you to read the privacy policies or statements of the other websites you visit.

### Children

The Applications are not directed to persons under 18. If a parent or guardian becomes aware that his or her child has provided us with personally identifiable information without the parent or guardian's consent, he or she should contact us at hello@gosmith.com. We do not knowingly collect personally identifiable information from minors under 18. If we become aware that a minor under 18 has provided us with personal identifiable information, we will use reasonable commercial efforts to promptly delete such information from our files.

If you have any additional questions or concerns about this Policy, or wish to opt-out of any specific provision, please feel free to contact us any time through this website.