# EXHIBIT C

**Receive More Leads**

**Service Area** The maximum number of miles you are willing to travel

[        ] miles

**Job Category** which jobs to send you

[Enter Keyword]  [+ Add]

I am bonded  ○ YES  ○ NO

I am insured  ○ YES  ○ NO

License # [            ]

**Years In Business**

[        ] years

[See Job Matches]

☑ I have read and agree to the terms & privacy policy.
Msg & data rates may apply.