1  Eric J. Troutman (SBN 229263)
   troutman.eric@dorsey.com
2  Artin Betpera (SBN 244477)
   betpera.artin@dorsey.com
3  DORSEY & WHITNEY LLP
   600 Anton Boulevard, Suite 2000
4  Costa Mesa, CA 92626
   Telephone:  (714) 800-1400
5  Facsimile:  (714) 800-1499

6  Attorneys for Defendant
   GOSMITH, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 BRADLEY LA FORCE,                    CASE NO:  4:17-CV-05101-YGR

12             Plaintiff,               Assigned to the Hon. Yvonne Gonzalez Rogers

13                                      **DECLARATION OF ARTIN BETPERA IN**
       v.                               **SUPPORT OF DEFENDANT GOSMITH,**
14                                      **INC.'S MOTION TO COMPEL**
                                        **ARBITRATION**
15 GOSMITH, INC., and DOES 1-25,
                                        *[Filed concurrently with Notice of Motion and*
16             Defendants.              *Motion to Compel Arbitration; Memorandum of*
                                        *Points and Authorities; Declaration of Darwin*
17                                      *Widjaja; and [Proposed] Order]*

18                                      Date:  December 12, 2017
                                        Time:  2:00 p.m.
19                                      Courtroom:  1, Fourth Floor

20                                      Complaint Filed:  September 1, 2017
                                        Trial Date:  Not yet set.
21

22 / / /

23 / / /

24 / / /

25

26

27

28

DECLARATION IN SUPPORT OF MOTION TO COMPEL ARBITRATION
CASE NO. 4:17-CV-05101-YGR

**DECLARATION OF ARTIN BETPERA**

I, Artin Betpera, declare and state as follows:

1.      I am an adult over the age of 18 and a resident of the state of California.  Unless otherwise stated, the information set forth herein is true and correct of my own personal knowledge and if asked to testify thereto, I would do so competently.

2.      I am an attorney with the law firm of Dorsey & Whitney LLP, and represent Defendant GoSmith, Inc. ("GoSmith") in this action.

3.      On October 12, 2017, I conveyed on behalf of GoSmith a demand for arbitration to Jeremy Glapion, Esq., counsel for Plaintiff Bradley La Force ("Plaintiff") in this action.

4.      GoSmith's demand was rejected by Plaintiff, and Plaintiff has not agreed to submit the claims he has asserted in this action to binding arbitration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 20th day of October, 2017, at Costa Mesa, California.


Artin Betpera

DECLARATION IN SUPPORT OF MOTION TO COMPEL ARBITRATION
CASE NO. 4:17-CV-05101-YGR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

***Bradley La Force v. GoSmith, Inc., and DOES 1-25***
***Northern District of California Case Number 4:17-cv-05101-YGR***

**DECLARATION OF ARTIN BETPERA IN SUPPORT OF DEFENDANT GOSMITH, INC.'S MOTION TO COMPEL ARBITRATION**

I hereby certify that on October 20, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  October 20, 2017                    DORSEY & WHITNEY LLP


                                            By:   _/s/ Eric J. Troutman_____
                                                  Eric J. Troutman