| | |
|---|---|
| 1 | Eric J. Troutman (SBN 229263) |
| | troutman.eric@dorsey.com |
| 2 | Artin Betpera (SBN 244477) |
| | betpera.artin@dorsey.com |
| 3 | DORSEY & WHITNEY LLP |
| | 600 Anton Boulevard, Suite 2000 |
| 4 | Costa Mesa, CA 92626 |
| | Telephone: (714) 800-1400 |
| 5 | Facsimile: (714) 800-1499 |
| 6 | Attorneys for Defendant |
| | GOSMITH, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY LA FORCE, | CASE NO: 4:17-CV-05101-YGR |
| Plaintiff, | Assigned to the Hon. Yvonne Gonzalez Rogers |
| v. | **[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING ACTION** |
| GOSMITH, INC., and DOES 1-25, | Date: December 12, 2017 |
| Defendants. | Time: 2:00 p.m. |
| | Courtroom: 1, Fourth Floor |
| | Complaint Filed: September 1, 2017 |
| | Trial Date: Not yet set. |

/ / /

/ / /

/ / /

   The Court, having considered Defendant GoSmith, Inc.'s ("GoSmith") Notice of Motion and Motion to Compel Arbitration pursuant to the Federal Arbitration Act, the Memorandum of Points and Authorities, the Declarations of Darwin Widjaja and Artin Betpera, and all exhibits thereto, and after hearing arguments of counsel, and finding good cause therefor,

   **HEREBY ORDERS THAT:**

   Plaintiff Bradley La Force shall arbitrate his claims against Defendant GoSmith, Inc.  This action shall be stayed in its entirety pending the completion of arbitration proceedings.

   **IT IS SO ORDERED.**


DATED: _____, 2017              _____
                                              HONORABLE YVONNE GONZALEZ ROGERS

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*Bradley La Force v. GoSmith, Inc., and DOES 1-25*
*Northern District of California Case Number 4:17-cv-05101-YGR*

**[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING ACTION**

I hereby certify that on October 20, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  October 20, 2017                    DORSEY & WHITNEY LLP

                                                                  By:   */s/ Eric J. Troutman*
                                                                            Eric J. Troutman