# EXHIBIT D



http://www.gosmith.com:80/SignUp.html

29 captures
26 Jan 2016 - 10 Jun 2017



## Sign up as a Smith Pro for free.



**Company Name**

**Contact Person**

**License #**

☐ I am bonded    ☐ I am insured

BBB Accredited    [YES]  [NO]

**Website**

**Facebook Page**

**Years In Business**

_____ years

City ____ State ___ Zipcode ____

**Category** (This is important so we know which jobs to send you)

Enter Keyword  ▾    **+ Add**

**Service Area** (The maximum number of miles you are willing to travel)

_____ miles

**Mobile Phone**

**Email** (To sign in and receive leads)

**Password**

**SIGN UP**

Already have an account? Sign in.



Friend Trusted Copyright © 2012-2015 Smith. All Rights Reserved.