# EXHIBIT G



# Sign up as a Smith Pro for free.

**Company Name**

**Your Name**

**Your Location**

| City | State | Zip |

**Job Category** (This is important so we know which jobs to send you)

Enter Keyword ▾ **+ Add**

**Service Area** (miles you are willing to travel)

____ miles

**Website**