# EXHIBIT 8

## Your Location

| City | State | Zip |

## Job Category (This is important so we know which jobs to send you)

Enter Keyword    ▼    **+ Add**

## Service Area (miles you are willing to travel)

[ ] miles

## Website

## Mobile Phone

## Email (To sign in and receive leads)

## Password

**SIGN UP**