# EXHIBIT I






www.gosmith.com/SignUp.ht



# Sign up as a Smith Pro for free.

**Company Name**

**Your Name**

**Your Location**

City | State | Zip

**Job Category** (This is important so we know which jobs to send you)

Enter Keyword    **+ Add**

**Service Area** (miles you are willing to travel)

miles

**Website**