# EXHIBIT J

🏠 ⓘ www.gosmith.com/SignUp.ht  [9]  ⋮

## Job Category (This is important so we know which jobs to send you)

[ Enter Keyword ]  [ ⌄ ]  [ **+ Add** ]

## Service Area (miles you are willing to travel)

[         ] miles

## Website

[                    ]

## Mobile Phone

[                    ]

## Email (To sign in and receive leads)

[                    ]

## Password

[                    ]

**SIGN UP**