# EXHIBIT K

http://www.gosmith.com/SignUp.html Go AUG JUN JUL
29 captures 10
25 Jan 2015 - 10 Jun 2017 2016 2017 2018
Case 4:17-cv-05101-YGR  Document 19-12  Filed 10/31/17  Page 2 of 2



## Sign up as a Smith Pro for free.

**Company Name**

**Your Name**

**Your Location**
City | State | Zip

**Job Category** (This is important so we know which jobs to send you)
Enter Keyword | + Add

**Service Area** (miles you are willing to travel)
___ miles

**License #**

☐ I am bonded  ☐ I am insured

**Website**

**Mobile Phone**

**Email** (To sign in and receive leads)

**Password**

**SIGN UP**

☑ I have read and agree to the terms & privacy policy.
Msg & data rates may apply.

Already have an account? Sign in.

---

Terms  |  Questions  |  Support



GoSmith, Inc. © 2017 Smith. All Rights Reserved.