1  Eric J. Troutman (SBN 229263)
   troutman.eric@dorsey.com
2  Artin Betpera (SBN 244477)
   betpera.artin@dorsey.com
3  DORSEY & WHITNEY LLP
   600 Anton Boulevard, Suite 2000
4  Costa Mesa, CA 92626
   Telephone: (714) 800-1400
5  Facsimile: (714) 800-1499

6  Attorneys for Defendant
   GOSMITH, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | BRADLEY LA FORCE, | CASE NO: 4:17-CV-05101-YGR |
12 | Plaintiff, | Assigned to the Hon. Yvonne Gonzalez Rogers |
13 | v. | **JOINT STATEMENT REGARDING STATUS OF ARBITRATION PROCEEDINGS** |
14 | | |
15 | GOSMITH, INC., and DOES 1-25, | |
16 | Defendants. | Complaint Filed: September 1, 2017 |

22  / / /
23  / / /
24  / / /

Pursuant to this Court's order compelling arbitration (Doc. 28) Defendant GoSmith, Inc. ("GoSmith") and Plaintiff Bradley La Force ("La Force"), by and through their counsel of record, submit the following joint statement to apprise the Court of the status of arbitration proceedings:

1. On December 13, 2017, Plaintiff submitted a demand for arbitration to the American Arbitration Association ("AAA").
2. On January 19, 2018, AAA acknowledged receipt of Plaintiff's demand for arbitration, and requested additional documents including a copy of the parties' arbitration agreement that references the AAA or its rules.
3. On January 22, 2018, counsel for Plaintiff provided these additional documents to the AAA.
4. On March 13, 2018, AAA confirmed its receipt of the required items, and informed the parties that the assignment of a case administrator is forthcoming.
5. The stay of this action ordered by the Court on December 12, 2017 should remain in place as arbitration proceedings are still pending.

DATED: March 14, 2018                     DORSEY & WHITNEY LLP

                                          By:   *Artin Betpera*
                                                Eric J. Troutman
                                                Artin Betpera
                                                Attorneys for Defendant
                                                GOSMITH, INC.

DATED: March 14, 2018                     THE GLAPION LAW FIRM, LLC.

                                          By:   *Jeremy M. Glapion*
                                                Jeremy M. Glapion (*pro hac vice*)
                                                Attorneys for Plaintiff
                                                BRADLEY LA FORCE

**SIGNATURE CERTIFICATION**

I, Artin Betpera, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jeremy M. Glapion, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document and he concurs in this filing.

DATED: March 14, 2018

DORSEY & WHITNEY LLP

By: *Artin Betpera*
Eric J. Troutman
Artin Betpera
Attorneys for Defendant
GOSMITH, INC.

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*Bradley La Force v. GoSmith, Inc., and DOES 1-25*
*Northern District of California Case Number 4:17-cv-05101-YGR*

**JOINT STATEMENT REGARDING STATUS OF ARBITRATION PROCEEDINGS**

I hereby certify that on March 14, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  March 14, 2018                    DORSEY & WHITNEY LLP

                                                                                 By:   *Artin Betpera*
                                                                                          Artin Betpera