# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRADLEY LA FORCE,**<br>Plaintiff,<br>vs.<br>**GOSMITH, INC.,**<br>Defendant. | CASE NO. 17-cv-05101-YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING RE: ARBITRATION**<br><br>Re: Dkt. No. 30 |

The Court is in receipt of the parties' Joint Statement Regarding Status of Arbitration Proceedings. (Dkt. No. 30.) In light thereof, the compliance hearing currently set for March 16, 2018, is **CONTINUED** to **July 20, 2018**, at 9:01 a.m. The parties shall file an updated joint statement no later than **July 13, 2018**. If the Court is satisfied with the statement, the hearing will be vacated or continued, and no appearance will be necessary.

**IT IS SO ORDERED.**

Dated: March 15, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**