Jeremy M. Glapion
(*Pro Hac Vice*)
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737
Fax: (732) 709-5150
jmg@glapionlaw.com

Attorney for BRADLEY LA FORCE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRADLEY LA FORCE**, <br><br> Plaintiff, <br><br> v. <br><br> **GOSMITH, INC,** and DOES 1-25 <br><br> Defendant. | Civil Case No.: 4:17-cv-05101-YGR |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil procedure, Plaintiff Bradley La Force, by and through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice and without costs to either party.

**Dated:** November 19, 2018

/s/ Jeremy M. Glapion
Jeremy M. Glapion
**GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
1/11/19